# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LORI CONRAD, | Civil No. 07-151 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | |
| Defendant. | |

---

Ethel Schaen**, SCHAEN LAW OFFICE,** 1821 University Avenue, Suite 344, St. Paul, MN 55104; Thomas Krause, **THOMAS A. KRAUSE, PC,** 701 34TH Place, West Des Moines, IA 50265, for plaintiff.

Lonnie F. Bryan, Assistant United States Attorney**, OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415**,** for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated October 15, 2008, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that: plaintiff's fee application [Docket No. 23] is granted in part.  Plaintiff is awarded attorney's fees in the amount of $4,626.79, pursuant to the Equal Access to Justice Act, 28 U.S. C. § 2412(d), and the check for this amount should be payable to plaintiff's attorneys, Thomas Krause and Ethel Schaen.

Dated: November 18, 2008
at Minneapolis, Minnesota

                                                                                        s/John R. Tunheim
                                                                                           John R. Tunheim
                                                                     United States District Judge